IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 04-2941-M1V<br>) |
| WILLIAM DEAN RADEFELD, et al., | )<br>)<br>) |
| Defendants. | ) |

ORDER AMENDING SCHEDULING ORDER

On April 22, 2005, the Scheduling Order was entered in this case. In that order, the parties inadvertently indicated they had consented to trial before the magistrate judge. Upon receipt of the order by the parties, the court was notified of the error, and a request was made to amend the order to reflect that no consent was entered.

IT IS THEREFORE ORDERED that the Scheduling Order is amended to reflect that the parties do not consent to trial before the magistrate judge.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 2, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02941 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Reed L. Malkin
LAW OFFICE OF REED MALKIN
100 N. Main St.
Ste. 1909
Memphis, TN 38103

John P. Wade
STEWART & WILKINSON, PLLC
22 N. Front St.
Ste. 850
Memphis, TN 38103

Marc O. Dedman
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Stuart A. Wilson
SHUTTLEWORTH WILKINSON & WILSON
22 N. Front Street
Ste. 850
Memphis, TN 38103

William David Darnell
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT